UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 06-50002-01 |
| versus | JUDGE HICKS |
| ANDREW RANDAL TORKELSON | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

Pursuant to F.R.Cr.P. 36, the judgment of this Court signed on May 23, 2006 is corrected to reflect the Date of Imposition of Judgment to be May 18, **2006.**

**THUS DONE AND SIGNED** in chambers, at Shreveport, Louisiana, this the 5th day of June, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE